1
2
3
4
5
6
7
8

**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By Andrew C. Thomson, Deputy (Bar # 149057)**
**County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California  93301**
**Telephone:  (661) 868-3800**
**Facsimile:  (661) 868-3805**

**Attorney for Defendants, County of Kern,**
**Kern County Sheriff's Department,**
**Deputy James Newell, and**
**Sheriff Mack Wimbish**

9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11 DANIEL L. REAM, | **CASE NO.  1:05-cv-01576-TAG** |
| 12              Plaintiff, | **STIPULATION RE: DISMISSAL OF** |
| 13       v. | **DEFENDANTS COUNTY OF KERN, KERN COUNTY SHERIFF'S** |
| 14 COUNTY OF KERN, KERN COUNTY | **DEPARTMENT, DEPUTY JAMES NEWELL AND SHERIFF MACK** |
| 15 SHERIFF'S DEPARTMENT, DEPUTY JAMES NEWELL, SHERIFF MACK | **WIMBISH; ORDER THEREON** |
| 16 WIMBISH and DOES 1 to 100, Inclusive, | |
| 17              Defendants. | |
| 18 | |

19    **IT IS HEREBY STIPULATED**, by and between the parties to this action through their

20 designated counsel, that the above-captioned action be dismissed with prejudice in its

21 entirety pursuant to FRCP 41(a)(1), including the dismissal of the complaint of Plaintiff,

22 Daniel L. Ream, against Defendants, County of Kern, Kern County Sheriff's Department,

23 Deputy James Newell and Sheriff Mack Wimbish (collectively hereafter, "County

24 Defendants").

25 \ \ \

26 \ \ \

27

28

**Stipulation for Dismissal of County Defendants**

1

1    IT IS FURTHER STIPULATED that the aforementioned dismissal is in consideration

2 of a waiver of all costs by County Defendants, and that each party hereby agrees to bear

3 its/their own costs and attorney's fees with respect to this litigation.

4

5 Dated: November 3, 2006                RODRIGUEZ AND ASSOCIATES

6                                        By   /s/ Marshall Scott Fontes
                                             Marshall Scott Fontes, Esq.
7                                            Attorneys for Plaintiff, Daniel L. Ream

8

9 Dated: November 2, 2006                B.C. BARMANN, SR., COUNTY COUNSEL

10

11                                       By   /s/ Andrew C. Thomson
12                                           Andrew C. Thomson, Deputy
                                             Attorneys for Defendants, County of Kern,
13                                           Kern County Sheriff's Department,
                                             Deputy James Newell, and
14                                           Sheriff Mack Wimbish

15

16
IT IS SO ORDERED.
17
Dated:   **November 7, 2006**                  _/s/ Theresa A. Goldner_
18 **j6eb3d**                               UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28
Stipulation for Dismissal of County Defendants

2